IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2011 OCT 25 PM 3: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ANDRES DE LEON-QUINONES

    Petitioner,

vs.

    Docket No.: 11-1329 (JAF)
    Criminal No.: 06-125 (JAF)

UNITED STATES OF AMERICA

    Respondent.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Andres De Leon-Quinones with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on August 25, 2011.

Done this _____, day of October 2011

_____
Andres De Leon Quinones
Reg. # 29458-069
Federal Correctional Institution
P.O. Box 9000
Safford, Az  85548

## CERTIFICATE OF SERVICE

    I HERBY DO CERTIFY that a true and correct copy of this Petitioner's Reply to the Government's Opposition was mailed to: United States Attorney's Office, Torre Chardon, Suite # 1201, 350 Carlos Chardon Avenue, Hato Rey, Puerto Rico, 00918 , by placing the same in the Federal Prison's Legal Mail Box, with sufficient First Class Postage.

    Done this _18_, day of October 2011

                                                             _____
                                                            Andres De Leon Quinones
                                                            Reg. # 29458-069
                                                            Federal Correctional Institution
                                                            P.O. Box 9000
                                                            Safford, Az  85548

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES DE LEON-QUINONES

       Petitioner,

vs.

                                       Docket No.: 11-1329 (JAF)
                                       Criminal No.: 06-125 (JAF)

UNITED STATES OF AMERICA

       Respondent.
_____/

## NOTICE OF CHANGE OF ADDRESS

       Petitioner Andres De Leon-Quinones hereby provides notice of change of address as required per Court Rules. The new mailing address is:

                        Andres De Leon Quinones
                        Reg. # 29458-069
                        Federal Correctional Institution
                        P.O. Box 9000
                        Safford, Az  85548

Done this ____, day of October 2011

                                                            _____
                                                            Andres De Leon Quinones
                                                            Reg. # 29458-069
                                                           Federal Correctional Institution
                                                           P.O. Box 9000
                                                           Safford, Az  85548

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this Petitioner's Reply to the Government's Opposition was mailed to: United States Attorney's Office, Torre Chardon, Suite # 1201, 350 Carlos Chardon Avenue, Hato Rey, Puerto Rico, 00918 , by placing the same in the Federal Prison's Legal Mail Box, with sufficient First Class Postage.

Done this \_\_18\_\_, day of October 2011

Andres De Leon Quinones
Reg. # 29458-069
Federal Correctional Institution
P.O. Box 9000
Safford, Az  85548

Andres De Leon Quiñones
Reg #: 29458-069
Federal Correctional Institution
PO Box 9000
Safford, AZ 85548

MIAMI FL 331
19 OCT 2011 PM 5 L

Legal Mail

United States District Court
For the District of Puerto Rico
150 Carlos Chardon Street
Building, Room 150
San Juan, Puerto Rico 00918-1767

00918170