IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2011 NOV -1  PM 2:31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ANDRES DE LEON-QUINONES

    Petitioner,

vs.

    Docket No.: 11-CV-1329 (JAF)
    Criminal No.: 06-125 (JAF)

UNITED STATES OF AMERICA

    Respondent.
_____/

### NOTICE OF REFILING NON-DOCKETED NOTICE OF APPEAL PURSUANT TO FED. R. APP. PRO. RULE 4(a)(5)(A)(ii)

COMES NOW, Petitioner Andres De Leon-Quinones with his Notice of Refiling a Non-Docketed Notice of Appeal, Pursuant to Fed. R. App. Pro. Rule 4(a)(5)(A)(ii) and in support provides as follows;

    1. On August 25, 2011, this Honorable Court denied Petitioner's Title 28 U.S.C. § 2255. (D.E. 11)

    2. Understanding the importance of a timely filing of the Notice of Appeal, on October 18, 2011, Petitioner filed his timely Notice of Appeal, by placing the same in the Federal Prison's Legal Mail Box with sufficient First Class Postage. (See Appendix A)  See, *Houston v. Lack,* 487 U.S. 266 (1988).

    3. After waiting a reasonable amount of time, Petitioner inquired with the Court's PACER System, however, the October 18, 2011, Notice of Appeal has not appeared on the docket.

    4. To err on the side of caution, Petitioner has re-submitted a copy of the same Notice of Appeal that was filed on October 18, 2011. It is quite possible that the Court will file two

duplicate copies of the Notice of Appeal, however, Petitioner wants to be sure a Notice of Appeal is filed.

Wherefore, Petitioner respectfully prays this Honorable Court will file the Notice of Appeal that was originally mailed via the Prison's Legal Mail System

Done this ___, day of October 2011

Andres De Leon Quinones
Reg. # 29458-069
Federal Correctional Institution
P.O. Box 9000
Safford, Az  85548

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this Petitioner's Reply to the Government's Opposition was mailed to: United States Attorney's Office, Torre Chardon, Suite # 1201, 350 Carlos Chardon Avenue, Hato Rey, Puerto Rico, 00918 , by placing the same in the Federal Prison's Legal Mail Box, with sufficient First Class Postage.

Done this ___, day of October 2011

I hereby do certify that pursuant to Penalty of Perjury Title 28 U.S.C. § 1746 that on this ___ day of October 2011 I signed and mailed this document via the Federal Bureau of Prisons' Legal Mail System with sufficient First Class Postage.

Andres De Leon Quinones
Reg. # 29458-069
Federal Correctional Institution
P.O. Box 9000
Safford, Az  85548

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES DE LEON-QUINONES

       Petitioner,

vs.

                                Docket No.: 11-CV-1329 (JAF)
                                Criminal No.: 06-125 (JAF)

UNITED STATES OF AMERICA

       Respondent.
_____/

SWORN AFFIDAVIT OF
ANDRES DE LEON-QUINONES

      COMES NOW, Andres De Leon-Quinones with this Sworn Affidavit under penalty of perjury under Title 28 U.S.C. § 1746 in support of his Notice of Re-Filing Un-Docketed Notice of Appeal and in support provides as follows:

      1. On August 25, 2011, this Honorable Court denied Petitioner's Title 28 U.S.C. § 2255. (D.E. 11)

      2. Understanding the importance of a timely filing of the Notice of Appeal, on October 18, 2011, I filed his timely Notice of Appeal by placing the same in the Federal Prison's Legal Mail Box with sufficient First Class Postage.

      3. I have waited a reasonable amount of time however, the Notice of Appeal has not been filed in either the civil or the criminal case numbers.

      4. I have re-mailed a duplicate copy of the same Notice of Appeal that was mailed on October 18, 2011 via the Prison's Legal Mail Box.

I declare under penalty of perjury that the foregoing is true and correct, this 28, day of October 2011.

                                                Andres De Leon Quinones
                                                Reg. # 29458-069
                                                Federal Correctional Institution
                                                P.O. Box 9000
                                                Safford, Az  85548

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES DE LEON-QUINONES

       Petitioner,

vs.

                                Docket No.: 11-1329 (JAF)
                                Criminal No.: 06-125 (JAF)

UNITED STATES OF AMERICA

       Respondent.
_____/

## NOTICE OF APPEAL

COMES NOW, Petitioner Andres De Leon-Quinones with his Notice of Appeal pursuant to Rule 4(c), of the Federal Rules of Appellate Procedure, on the District Court's Order entered on August 25, 2011.

Done this ____, day of October 2011

                                                   Andres De Leon Quinones
                                                   Reg. # 29458-069
                                                   Federal Correctional Institution
                                                   P.O. Box 9000
                                                   Safford, Az  85548

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this Petitioner's Reply to the Government's Opposition was mailed to: United States Attorney's Office, Torre Chardon, Suite # 1201, 350 Carlos Chardon Avenue, Hato Rey, Puerto Rico, 00918 , by placing the same in the Federal Prison's Legal Mail Box, with sufficient First Class Postage.

Done this ____, day of October 2011

Andres De Leon Quinones
Reg. # 29458-069
Federal Correctional Institution
P.O. Box 9000
Safford, Az  85548



Clerk Court,
Puerto Rico District Court
150 Carlos Chardon St.
Hato Rey, PR 00918

Andres DeLeon Quinones
24158-069 - FCI
PO BOX 9000
Safford, AZ 85548

Legal Mail

ANDRES DE LEON QUINONEZ
29458-069
FCI
PO BOX 9000
SAFFORD, AZ 85548



Legal Mail

Clerk Court
Puerto Rico D. Court
150 Carlos Chardon St.
Hato Rey, P.R. 00918