UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:     November 9, 2011

DC #:     11-1329  (JAF)

APPEAL FEE PAID:       YES _____     NO   X

CASE CAPTION:          Andrés De-León-Quiñones     v.   USA

IN FORMA PAUPERIS:     YES _____     NO   X

MOTIONS PENDING:       YES _____     NO   X

NOTICE OF APPEAL FILED BY:       Petitioner, pro se

APPEAL FROM:           Opinion & Order and Judgment entered on 08/25/11

SPECIAL COMMENTS:      Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                    VOLUMES:

Docket Entries   1-15                                                I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:  _____
USCCA #:      _____
s/c:  CM/ECF Parties, Appeals Clerk